UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NODAR NIKOLAISHVILI<br>12 Maruashvili St.<br>Tblisi, Republic of Georgia<br><br>Plaintiff<br><br>Against<br><br>MATTHEW STEELE CONSUL at the U.S. Embassy in Tblisi, Georgia,<br>Antoneli Street 25<br>Tbilisi, Republic of Georgia<br><br>Defendant | Case No.:<br><br>COMPLAINT |

## DESCRIPTION OF ACTION

1. This is an action brought by NODAR NIKOLAISHVILI against the MATTHEW STEELE to compel a decision on NODAR NIKOLAISHVILI's application for an immigrant visa, which has been unreasonably delayed.

## JURISDICTION

1. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

2. NODAR NIKOLAISHVILI is a is a national of the Republic of Georgia, residing in that country, who is the beneficiary of an approved immigrant visa petition.

COMPLAINT - 1

3. MATTHEW STEELE is the U.S. Consul at Tblisi, Georgia, who resides for official purposes in the Republic of Georgia. He is an officer of the United States with a duty to adjudicate the immigrant visa applications of residents of the Republic of Georgia.

## BRIEF STATEMENT OF RELEVANT FACTS

4. On October 14, 2016, Nino Dvali, a U.S. citizen, filed a Form I-130, Petition for Alien Relative upon behalf of NODAR NIKOLAISHVILI, her spouse, to classify him as the immediate relative of a U.S. citizen.

5. On September 7, 2017, this petition was approved and sent to the U.S. Department of State for processing of NODAR NIKOLAISHVILI's immigrant visa application.

6. This application was assigned NVC Case No. TBL2017771004.

7. In approximately December, 2020 NODAR NIKOLAISHVILI filed a completed immigrant visa application with the Department of State

8. Since then, no action has been taken on his application and NODAR NIKOLAISHVILI has received no information as to when, if ever, any action will be taken.

## CAUSES OF ACTION

9. A consular officer 'must . . . properly and promptly' process a visa application, 22 C.F.R. § 1.106, and either 'issue' or 'refuse a completed visa application. *Id.* § 41.121(a)." *Vulupala v. Barr*, 438 F. Supp. 3d 93, 100 (D.D.C. 2020).

10. Further, he must do so in a reasonable time. 5 U.S.C. § 555(b).

11. It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, 8 U.S.C. § 1571(b).

COMPLAINT - 2

12. The nearly which it is taken to process NODAR NIKOLAISHVILI's completed immigrant visa application is unreasonable and well beyond the 180 days that it is the sense of Congress that such application should be completed in.

13. This Court has jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

14. Further, this Court shall compel agency action unlawfully withheld or unreasonably delayed

## RELIEF REQUESTED

Wherefore is respectfully requested that the Court compel defendant MATHEW STEELE to issue or refuse NODAR NIKOLAISHVILI an immigrant visa forthwith.

Respectfully submitted November 22, 2022.

/s/ *Michael E. Piston*

Michael E. Piston (MI 002)
Attorney for the Plaintiff
38-08 Union St., Suite 9A
Flushing, NY 11354
Phone: 646-876-3772
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

Levan Natalishvili
Levan Natalishvili Law Firm PLLC
Attorney for the Plaintiffs
1817 Avenue U,
Brooklyn, NY 11229
347-524-3618
Email: levan.natal@gmail.com

COMPLAINT - 3